JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CSBN 234355)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile: (408) 535-5081
   jeffrey.b.schenk@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>   v.<br><br>JOSEPH ANTHONY MOORE and<br>HOWARD BEAU HOWELL,<br>          Defendant. | No. 08-70128 RS<br><br><u>SUBSTITUTION OF ATTORNEY</u> |

Please take notice that as of, March 12, 2008, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed above was assigned to be counsel for the government.

DATED: March 12, 2008

                                      Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      _____/s/_____
                                      JEFFREY B. SCHENK, AUSA