## PROPOSED ORDER/COVER SHEET

TO: Honorable Patricia Trumbull  
U.S. Magistrate Judge

RE: Joseph Moore

FROM: Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR08-70128

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel                           408-535-5230  
U.S. PRETRIAL SERVICES OFFICER         TELEPHONE NUMBER

FILED
MAY 0 7 2008

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE: May 6, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 5 on 5/8/08 at 9:30 Am.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)  
A.  
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____  _____5/7/08_____  
JUDICIAL OFFICER              DATE

Cover Sheet (03/26/08)